appellants' points on the attorney for the respondent and file six copies thereof, together with the original record, with this court. The stay contained in the order to show cause, dated May 16, 1960, is continued on condition that the required papers be filed by respondents-appellants by May 31, 1960, with notice of argument for June 7, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 3, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

## (May 26, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH PARADISE.— Motion for leave to prosecute as a poor person denied. Concur — Breitel, J. P., Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS E. TIMMONS.— Motion for leave to prosecute as a poor person denied. Concur — Breitel, J. P., Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES CARRAWAY.— Motion for leave to prosecute as a poor person denied. Concur — Breitel, J. P., Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL DUNCAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CURTIS WILES and JAMES JOHNSON.— Motion to dismiss appeal dismissed at moot. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. STUART MITCHELL.— Motion for reconsideration of an order of this court, entered on June 26, 1958, denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MORRIS GOLDBERG.— Motion to dismiss appeal granted and the appeal is dismissed on the ground that the order sought to be reviewed is not appealable. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ DOUGLAS FACTORS, INC., v. P. & R. DISTRIBUTORS, INC., et al. P. & R. DISTRIBUTORS, INC., v. DOUGLAS FACTORS, INC.— Motion to dispense with printing granted on condition that the originals of all the exhibits, with the exception of Exhibit 10 which shall be printed in the record on appeal, are filed with this court simultaneously with the filing of the record on appeal and appellants' points. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ LOUIS ARONSON v. MAY FASOLO.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ LOUIS ARONSON v. MAY FASOLO.— Motion to consolidate appeals denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of BENJAMIN CYMROT against J. CLARENCE DAVIES, JR., as Commissioner of the Department of Real Estate, et al.— Motion granted insofar as to dispense with the printing in the printed record of this proceeding of the minutes of the departmental hearing on condition that one multilith copy of said minutes is served upon the Corporation Counsel and six multilith copies thereof are filed with this court at the time of filing the printed record. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.